1  ADAM PAUL LAXALT
   Attorney General
2  ERIN L. ALBRIGHT, Bar No. 9953
   Deputy Attorney General
3  State of Nevada
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, Nevada 89701-4717
   Tel: (775) 684-1257
6  E-mail: ealbright@ag.nv.gov



7  *Attorneys for Defendants*
   *Romeo Aranas and Maribelle Henry*
8  *for the limited purposes of settlement discussions*

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11 KARL W. SCHENKER,
                                        Case No. 3:17-cv-00654-MMD-VPC
12              Plaintiff,              ORDER

13 v.                                   DEFENDANTS' MOTION FOR
                                        ENLARGEMENT OF TIME TO FILE
14 NEVADA DEPARTMENT OF                 REPORT OF 90-DAY STAY
   CORRECTIONS, et al.
15
                Defendants.
16

17         Defendants Romeo Aranas and Maribelle Henry, by and through counsel, Adam Paul Laxalt,

18 Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, hereby move

19 this Court for an enlargement of time for Defendants to file their ninety (90) day stay report. This motion

20 is made pursuant to FED. R. CIV. P. 6(b)(1)(A) and is based upon the following Memorandum of Points

21 and Authorities and all other papers and pleadings on file herein.

22            **MEMORANDUM OF POINTS AND AUTHORITIES**

23 I.     **NATURE OF MOTION**

24         Defendants hereby move for this enlargement of time to file the 90-Day Stay Report due to the fact

25 that the Early Mediation Conference in this matter has not been scheduled.

26 II.    **RELEVANT FACTUAL BACKGROUND**

27         The First Amended Complaint was filed July 12, 2018. (ECF No. 9).

28 ///

On July 18, 2018, this Court entered a Screening Order (ECF No. 10) on Plaintiff's Complaint pursuant to 28 U.S.C. § 1915A. *Id.* Pursuant to this order, the case was stayed for ninety (90) days to allow the parties an opportunity to settle their dispute before an answer is filed or the discovery process begins. *Id.* at 9.

To date, the early mediation conference has not been scheduled.

### III. LEGAL AUTHORITY

Fed. R. Civ. P. 6(b)(1) governs enlargements of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

The proper procedure, when additional time for any purpose is needed, is to present a request for extension of time before the time fixed has expired. *Canup v. Mississippi Val. Barge Line Co.*, 31 F.R.D. 282 (W.D.Pa. 1962). Extensions of time may always be asked for, and usually are granted on a showing of good cause if timely made under subdivision (b)(1) of the Rule. *Creedon v. Taubman*, 8 F.R.D. 268 (N.D. Ohio 1947).

### IV. DISCUSSION

Defendants submit that the facts and the argument contained herein constitute good cause to enlarge the time for the filing of the ninety (90) day stay report. The intent of the ninety (90) day stay is to permit the parties an opportunity to discuss settlement and to defer the assessment of the $350.00 filing fee until the conclusion of those communications. (ECF No. 10 at 2).

Here, the early mediation conference has not been scheduled. To impose the assessment of the $350.00 filing fee before the early mediation conference would circumvent the intent of the stay and diminish the positions of the parties and their attempt so reach settlement. Therefore, Defendants assert that good cause exists to extend the stay in this matter until after the early mediation conference.

///
///
///
///

## V. CONCLUSION

Based on the foregoing, Defendants respectfully request this Court grant their Motion for Enlargement of Time to File Report of the 90-Day Stay and enlarge the time to file the ninety (90) day stay report until two weeks after the early mediation conference in this matter, which, to date, has not been scheduled.

Dated this 8th day of October, 2018.

ADAM PAUL LAXALT
Attorney General

By: _____
ERIN L. ALBRIGHT
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division

*Attorneys for Defendants*

IT IS SO ORDERED
_____
U.S. MAGISTRATE JUDGE
DATED: 10/9/2018

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 8th day of October, 2018, I caused to be served a copy of the foregoing, **DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE REPORT OF 90-DAY STAY,** by U.S. District Court CM/CEF Electronic Filing on:

Karl W. Schenker, #1026941
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV 89401
LCClawlibrary@doc.nv.gov

_____
An employee of the
Office of the Attorney General