ADAM PAUL LAXALT
  Attorney General
ERIN L. ALBRIGHT, Bar No. 9953
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1257
E-mail: ealbright@ag.nv.gov

*Attorneys for Defendants*
*Romeo Aranas and Maribelle Henry*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KARL W. SCHENKER,<br><br>        Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, et al.<br><br>        Defendants. | Case No. 3:17-cv-00654-MMD-VPC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

    Plaintiff, Karl W. Schenker, appearing *pro se*, and Defendants Romeo Aranas and Maribelle Henry, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

    This Stipulation for Dismissal with Prejudice is executed as part of a settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

///
///
///
///
///

1

| | |
|---|---|
| 1    DATED this 14 day of November, 2018. | DATED this 15th day of November, 2018. |
| 2 | OFFICE OF THE ATTORNEY GENERAL |
| 3 | |
| 4    By: _____ | By: _____ |
| 5    Karl W. Schenker (#1026941)<br>Plaintiff | Erin L. Albright, SBN 9953<br>100 N. Carson Street |
| 6 | Carson City, NV 89701<br>(775) 684-1257 |
| 7 | ealbright@ag.nv.gov<br>Attorneys for Defendants |

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE

DATED November 16, 2018

2

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 15th day of November, 2018, I caused to be served a copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE,** by U.S. District Court CM/CEF Electronic Filing on:

Karl W. Schenker, #1026941
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV 89401
LCClawlibrary@doc.nv.gov

/s/ Laurie Penny
An employee of the
Office of the Attorney General